UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DUDLEY P. GILBERT,

                              Plaintiff,

-vs-

NEW YORK STATE POLICE and WAYNE E.       **Docket No: 07-CV-0743 (WMS)**
BENNETT, INDIVIDUALLY AND AS PAST
SUPERINTENDENT OF THE NEW YORK
STATE POLICE,

                              Defendants.
_____

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| MOTION BY: | Defendants |
| RELIEF SOUGHT: | Summary Judgment pursuant to FRCP 56 |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Honorable William M. Skretny<br>United States Courthouse<br>68 Court Street<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law; Statement of Undisputed Facts; Declaration of George Michael Zimmermann, with Exhibits; and Declaration of Wayne Bennett. |

**Please Take Notice** that any papers in opposition to this Motion shall be filed and served at least (8) days prior to the return date as the defendants intend to file reply papers.

Dated: Buffalo, New York
December 11, 2009

        ANDREW M. CUOMO
        Attorney General of the State of New York
        Attorney for Defendants
        BY:

        /s/ George Michael Zimmermann
        GEORGE MICHAEL ZIMMERMANN
        Assistant Attorney General, of Counsel
        Main Place Tower, Suite 300A
        350 Main Street
        Buffalo, New York 14202
        (716) 853-8444
        George.Zimmerman@oag.state.ny.us

## CERTIFICATE OF SERVICE

   I hereby certify that on December 11, 2009, I electronically filed the Notice of Motion, Memorandum of Law; Statement of Undisputed Facts; Declaration of George Michael Zimmermann, with Exhibits; and Declaration of Wayne Bennett, in this matter, with the Clerk of the District Court using its CM/ECF system and thereby provided service on the following CM/ECF participant:

Gerald T. Walsh, Esq.<br>
Zdarsky, Sawicki & Agostinelli<br>
404 Cathedral Place<br>
298 Main Street<br>
Buffalo, NY 14202<br>
(716) 855-3200<br>
gtwalsh@zsa.cc

   And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

<b>None</b>

DATED:  Buffalo, New York
      December 11, 2009

                /s/ George Michael Zimmermann
                GEORGE MICHAEL ZIMMERMANN
                Assistant Attorney General of Counsel
                Main Place Tower, Suite 300A
                350 Main Street
                Buffalo, NY 14202
                (716) 853-8444
                George.Zimmerman@oag.state.ny.us